## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PHILLIP D. RUPPERT,**

      **Plaintiff,**

   **-vs-**

**ALB REAL ESTATE MANAGEMENT**
**and DAVID BINET,**

      **Defendants.**              **NO. 11-CV-1073-DRH**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This matter is before the court on a hearing to determine damages.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the hearing held by this Court on August 9, 2012, judgment is entered in favor of the plaintiff, **PHILLIP D. RUPPERT,** and against the defendants, **ALB REAL ESTATE MANAGEMENT** and **DAVID BINET** in the amount of Thirty Thousand Dollars ($30,000.00).  This case is dismissed with prejudice.

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**

                    **BY:**      **/s/Sandy Pannier**
                            **Deputy Clerk**

Dated: August 9, 2012

Digitally signed by
David R. Herndon
Date: 2012.08.09
14:57:31 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT